STATE OF NEW JERSEY v. ROBERT KAPLAN.

September 16, 1975. Petition for certification denied.

CITIZENS BANK AND TRUST COMPANY v. SIDNEY GLASER, DIRECTOR, STATE DIVISION OF TAXATION.

September 16, 1975. Petition for certification granted.

STATE OF NEW JERSEY v. PETER ODDONE.

September 16, 1975. Petition for certification denied.

PHILIP SLONEMSKY v. THE FORMAN MORTGAGE CO.

September 16, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. JESSE HILL.

September 16, 1975. Petition for certification denied.

HOWARD C. FINE v. EMPLOYERS COMMERCIAL UNION INSURANCE COMPANY OF AMERICA.

September 16, 1975. Petition for certification denied.